

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/12/2018

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL ANDREW MCCANN, | § | Case No. 18-33152 |
| | § | |
| Debtor. | § | Chapter 7 |
| | § | |

**ORDER TRANSFERRING CASE**
[Doc. No. 1]

The undersigned judge transfers this case to the Honorable Marvin Isgur.

Signed on this 12th day of September, 2018.

_____
Jeff Bohm
United States Bankruptcy Judge

1